ELECTRONIC RECORD

*1250-14*
*1251-14*

COA # 06-13-00205-CR          OFFENSE: 37.09

Also 6-13-00206-CR

STYLE: Willie Lee Harper, Jr. v. The State of Texas          COUNTY: Cass

COA DISPOSITION:  Affirmed          TRIAL COURT: 5th District Court

DATE: 08/29/14          Publish: YES   TC CASE #:   2011F00168

---

## IN THE COURT OF CRIMINAL APPEALS   *1250-14*
*1251-14*

STYLE: Willie Lee Harper, Jr. v. The State of Texas          CCA #: _____

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: _04/15/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

*Johnson + Yeary would grant*
---------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____